# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
## HARRISBURG DIVISION

| | |
|---|---|
| JODY FINEFROCK, individually and on behalf of a class of others similarly-situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>FIVE GUYS OPERATIONS, LLC,<br><br>　　　　　Defendant. | Civil Action No. 1:17-cv-02214<br><br>Judge Sylvia H. Rambo<br><br>Electronically Filed |

## **NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jody Finefrock hereby dismisses this case without prejudice.

Dated:  January 31, 2018

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　**MCCARTHY WEISBERG CUMMINGS, P.C.**

　　　　　　　　　　　　　　　　By:   /s/ Larry A. Weisberg
　　　　　　　　　　　　　　　　Larry A. Weisberg (PA BAR ID 83410)
　　　　　　　　　　　　　　　　Derrek W. Cummings (PA BAR ID 83286)
　　　　　　　　　　　　　　　　2704 Commerce Drive, Suite B
　　　　　　　　　　　　　　　　Harrisburg, PA 17110
　　　　　　　　　　　　　　　　Telephone:  (717) 23805707
　　　　　　　　　　　　　　　　Facsimile:   (717) 233-8133
　　　　　　　　　　　　　　　　Email:        lweisberg@mwcfirm.com
　　　　　　　　　　　　　　　　　　　　　　　dcummings@mwcfirm.com

**STUEVE SIEGEL HANSON LLP**

George A. Hanson  (*pro hac vice* to be submitted)
Alexander T. Ricke (*pro hac vice* to be submitted)
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone:  (816) 714-7100
Facsimile:   (816) 714-7101
Email:         hanson@stuevesiegel.com
                    ricke@stuevesiegel.com

ATTORNEYS FOR PLAINTIFFS AND THE PUTATIVE COLLECTIVE ACTION CLASS

## **CERTIFICATE OF SERVICE**

I hereby certify that on this January 31, 2018, a copy of the foregoing Notice of Dismissal without Prejudice was filed using the Middle District of Pennsylvania's ECF system, through which this document is available for viewing and downloading. Additionally, a copy of the foregoing Notice of Dismissal without Prejudice was served via electronic mail to the following:

**Theodore A. Schroeder, Esquire**
tschroeder@littler.com

**Sarah J. Miley, Esquire**
smiley@littler.com

**LITTLER MENDELSON, P.C.**
**625 Liberty Avenue, 26th Floor**
**Pittsburgh, PA 15222**

*Attorneys for Defendant Five Guys Operations, LLC*

By:  */s/ Larry A. Weisberg*
Larry A. Weisberg